JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

DOMINGO DIEGO CRISTOBAL,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-04924-BFM

**JUDGMENT**

On September 4, 2026, the Court issued an order granting the petition and ordered Petitioner Domingo Diego Cristobal (A# 221-462-434) immediately released on reasonable conditions. (ECF 10 at 12.) Petitioner's counsel reports that Petitioner has been released from Respondents' custody. (ECF 11 at 2.)

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 9, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE